UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00033 |
| | ) | CHIEF JUDGE HAYNES |
| DAVID LEE KEMPER | ) | |

MOTION TO CONTINUE PLEA HEARING

Comes now David Kemper, by and through counsel, and requests this Honorable Court to briefly continue this matter. In support of this request, Mr. Kemper presents the following:

Mr. Kemper turned himself in on a Federal Arrest Warrant and proceeded to court for an Initial Appearance on March 6, 2014. Mr. Kemper waived his right to an indictment and decided to proceed by information (Document #8). Per agreement, Mr. Kemper was released with conditions (Document #7).

In early March 2014, Mr. Kemper was arrested on state felony charges. He is currently housed at the Criminal Justice Center located at 448 Second Avenue North, Nashville, TN 37201. Since his status is categorized as "on bond," the Marshal's were not notified to bring him to Court for a Change of Plea Hearing on April 28, 2014. Mr. Kemper requests that this Honorable Court briefly continue this case and issue a Writ so that he may enter a plea of guilty in the above styled case.

Respectfully submitted,

*s/ Dumaka Shabazz*
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: dumaka_shabazz@fd.org