UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00033 |
| | ) | CHIEF JUDGE HAYNES |
| DAVID LEE KEMPER | ) | |

## ORDER

Defendant's motion to continue the Plea Hearing (DE 12) is GRANTED. The parties are in agreement that a date sooner rather than later best serves the interest of justice and request that the plea hearing be reset on May 1, 2014, May 2, 2014, or a date convenient to the Court.

The Plea Hearing of this action is hereby reset for, May 12, 2014, at 1:30 pm

It is so **ORDERED**.

ENTERED this 29th day of April, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief United States District Judge

APPROVED FOR ENTRY:

s/ Dumaka Shabazz
Dumaka Shabazz (BPR #22278)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
Attorney for David Kemper

s/ Braden H. Boucek
Braden H. Boucek
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, TN 37203